**W. M. BOLIN, Appellant, v. STATE of Texas, Appellee.**

**No. 21307.**

Court of Criminal Appeals of Texas.

Oct. 16, 1940.

S. I. Pittman, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder with malice. The punishment assessed is confinement in the state penitentiary for ninety-nine years.

Since perfecting his appeal, appellant has filed a written motion, duly verified by his affidavit, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Eugenio CASTILLO, Appellant, v. STATE of Texas, Appellee.**

**No. 21405.**

Court of Criminal Appeals of Texas.

Oct. 30, 1940.

Julian LaCrosse, of Del Rio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the unlawful possession of marihuana, a narcotic drug. The punishment assessed is confinement in the state penitentiary for a term of two years.

Accompanying the record is the written motion of the appellant, duly verified, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Danny LEACH, Appellant, v. STATE of TEXAS, Appellee.**

**No. 21289.**

Court of Criminal Appeals of Texas.

Oct. 16, 1940.

Shead & Smith, of Longview, Garland G. Wier, of Gladewater, and W. A. McIntosh, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of robbery by assault, and his punishment assessed at five years confinement in the penitentiary.

Since his appeal was perfected the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.